NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BEST MEDICAL INTERNATIONAL, INC.,**
*Appellant*

**v.**

**ELEKTA INC.,**
*Appellee*

---

2021-2084

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00076, IPR2020-00956.

---

## JUDGMENT

---

BARRY J. COYNE, The Webb Law Firm, Pittsburgh, PA, argued for appellant.  Also represented by KENT E. BALDAUF, JR., BRYAN P. CLARK.

TAMARA FRAIZER, Squire Patton Boggs LLP, Palo Alto, CA, argued for appellee.  Also represented by RONALD S. LEMIEUX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 26, 2022                    /s/ Peter R. Marksteiner
Date                                      Peter R. Marksteiner
                                               Clerk of Court